## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES ADEYEMI,

      *Plaintiff*,

  v.

SOCIAL SECURITY ADMINISTRATION,

      *Defendant*.

Civil Action No. 1:22-cv-03517 (CJN)

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Meriweather. ECF No. 18. Neither party has lodged an objection and the deadline to do so—which Magistrate Judge Meriweather expressly identified in the Report and Recommendation, *see id.* at 23—has expired. *See* LCvR 72.3(b). Having reviewed the findings and conclusions in Magistrate Judge Meriweather's report and having considered the recommended disposition of the parties' claims and pending motions, the Court adopts in full the report and recommendation as the findings and conclusions of this Court.

Accordingly, upon consideration of the Report and Recommendation, the absence of objections, and the entire record herein, it is hereby

**ORDERED** that the Report and Recommendation is adopted by the Court; it is further

**ORDERED** that Defendant's Motion to Dismiss or, in the alternative, Motion for Summary Judgment, ECF No. 7, is construed as the latter and is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF No. 11, is **DENIED**.

This is a final appealable order. The Clerk's Office is directed to terminate this case.

DATE: May 4, 2026

CARL J. NICHOLS
United States District Judge